JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODERN SETTINGS LLC, | Case No.: CV 18-8925 DSF |
| PLAINTIFF, | |
| vs. | ORDER FOR DISMISSAL WITH PREJUDICE |
| GERAIER TOROSSIAN DBA SELECTED FINDINGS INC. (DISSOLVED CA CORPORATION) AND CRYSTALINI'S FINDINGS INC. | HON. JUDGE DALE S. FISCHER |
| DEFENDANTS | |

BEFORE THE COURT is the parties' Stipulation for Order for Dismissal with Prejudice. (ECF No. 35).  Pursuant to the parties' stipulation, all claims against Geriaier Torossian and Crystalini's Findings Inc are DISMISSED with prejudice and without costs or fees to any party. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

ACCORDINGLY , IT IS ORDERED:

ORDER FOR DISMISSAL WITH PREJUDICE

The Plaintiff's claims against Defendants Geriaier Torossian and Crystalini's Findings Inc are DISMISSED with prejudice and each party to bear its own attorney's fees and costs.


IT IS SO ORDERED.

DATED:  August 3, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE